UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 08-11855-RWZ

IRWIN JACOBOWITZ, *et al.*

v.

DARTMOUTH PUBLIC SCHOOLS, *et al.*


ORDER
April 2, 2010

ZOBEL, D.J.

    Counsel for the Chester County (PA) Department of Children, Youth and Families and Linda Bell, the only defendants remaining, has requested a ruling on their motion to dismiss. The motion was filed after the court's ruling on the other defendants' motions which ruling plaintiffs have appealed. This court is without jurisdiction during the pendency of the appeal.


|  |  |
|---|---|
|    April 2, 2010    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |